# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Aaron Medley, et al.<br><br>               Plaintiff,<br><br>v.<br><br>Smithfield Packaged Meats Corp.<br><br>               Defendant. | Case No.: 1:21-cv-01919<br>Honorable Judge John Z. Lee |

## NOTICE OF SETTLEMENT

Defendant Smithfield Packaged Meats Corp. respectfully notifies the Court that the parties have agreed to settle the above-captioned matter. The parties are working to finalize the agreement, and request that the Court stay all pending deadlines.

Dated: June 1, 2021

Respectfully submitted,

*/s/ Torsten M. Kracht*
Torsten M. Kracht
N.D. Ill. Bar No. 501905
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave. NW
Washington, DC 20037
(202) 419-2149
tkracht@HuntonAK.com

*Attorneys for Smithfield Packaged Meats Corp.*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record.

Dated: June 1, 2021

                                                      */s/ Torsten M. Kracht*
                                                      Torsten M. Kracht
                                                      HUNTON ANDREWS KURTH LLP
                                                      2200 Pennsylvania Ave. NW
                                                      Washington, DC 20037
                                                      (202) 419-2149
                                                      tkracht@HuntonAK.com