UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MEDLEY, TRISTAN MEDLEY, AND CARLOS OUSLEY-BROWN, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>SMITHFIELD PACKAGED MEATS CORP., d/b/a SARATOGA FOOD SPECIALTIES,<br><br>　　　　　　Defendant. | Case No.: 1:21-cv-01919 |

## STIPULATION OF DISMISSAL

Plaintiffs Aaron Medley, Tristan Medley and Carlos Ousley-Brown ("Plaintiffs") and Defendant Smithfield Packaged Meats Corp., d/b/a Saratoga Food Specialties ("Defendant"), by counsel, file this Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiffs and Defendant agree that all claims in this case shall be dismissed with prejudice, and that each party is responsible for its own attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| MASON LIETZ & KLINGER LLP | HUNTON ANDREWS KURTH LLP |
| */s/ Gary M. Klinger* | */s/ Torsten M. Kracht* |
| Gary M. Klinger | Torsten M. Kracht |
| ARDC # 6303726 | N.D. Ill. Bar No. 501905 |
| 227 W. Monroe Street, Suite 2100 | 2200 Pennsylvania Ave., NW |
| Chicago, IL 60606 | Washington, D.C. 202037 |
| (202) 429-2290 | (202) 419-2149 |
| gklinger@masonllp.com | tkracht@huntonak.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

>*/s/ Gary M. Klinger*
>Gary M. Klinger
>
>*Attorneys for Plaintiffs*