## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Aaron Medley, et al.

                            Plaintiff,

v.                                                          Case No.: 1:21−cv−01919
                                                              Honorable John Z. Lee

Smithfield Packaged Meats Corp.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 16, 2021:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to the parties' stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) [12], this case is dismissed with prejudice. Each party is responsible for its own attorney's fees and costs. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.